**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ABEL MACHADO MORALES,<br><br>               Petitioner,<br>vs.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br>*et al.*,<br><br>            Respondents. | Case No.: 2:26-cv-00931-GMN-NJK<br><br>**ORDER GRANTING MOTION TO DISMISS** |

Before the Court is the Motion to Dismiss, (ECF No. 6), filed by Petitioner Abel Machado Morales.  The Motion explains that the claims raised by Petitioner in this case are the same as the claims brought by Petitioner in a separate case, No. 2:26-cv-00737-ART-BNW. (Mot. Dismiss 1:16–19, ECF No. 6).  That case was filed on March 12, 2026, while the instant case was filed on March 27, 2026. (*Id.* 1:17–18).  Because this case is duplicative of Petitioner's other, earlier filed case, the Court GRANTS the Motion to Dismiss.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Dismiss, (ECF No. 6), is **GRANTED**, and this case is **DISMISSED** without prejudice.

The Clerk of Court is kindly directed to close this case.


**DATED** this __16__ day of April, 2026.


_____

Gloria M. Navarro, District Judge
United States District Court

Page 1 of 1
